IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ABU-BAKAR IVORY GRIGGS, | ) | 8:07CV404 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY | ) | |
| CORRECTIONS CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On April 29, 2008, the court entered a Memorandum and Order dismissing claims and directing Plaintiff to file an amended complaint no later than June 13, 2008. ([Filing No. 7](#).) Plaintiff has not filed an amended complaint or any other response to the court's April 29, 2008 Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

July 25, 2008.                         BY THE COURT:

                                       s/ Joseph F. Bataillon
                                       Chief United States District Judge